UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JARED ANTHONY WINTERER,

                    Plaintiff,

     v.

UNITED STATES OF AMERICA, et al.,

                    Defendants.

CASE NO. C25-2670 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge David Christel's Report and Recommendation (R&R), Dkt. 11, recommending the Court dismiss pro se plaintiff Jared Winterer's complaint without prejudice and without leave to amend, and deny Winterer's pending motions as moot. Winterer moves to expedite the resolution of this matter. Dkt. 13.

The R&R concludes that Winterer has failed to state a plausible claim and could not do so if given another opportunity.

A district judge must determine de novo any part of a magistrate judge's proposed disposition to which a party has properly objected. It must modify or set aside

ORDER - 1

any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

"[I]n providing for a de novo determination . . . Congress intended to permit whatever reliance a district judge, in the exercise of sound judicial discretion, chose to place on a magistrate's proposed findings and recommendations." *United States v. Raddatz*, 447 U.S. 667, 676 (1980) (internal quotation marks omitted). Accordingly, when a district court adopts a magistrate judge's recommendation, the district court is required to merely "indicate[] that it reviewed the record de novo, found no merit to . . . [the] objections, and summarily adopt[s] the magistrate judge's analysis in [the] report and recommendation." *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). In so doing, district courts are "not obligated to explicitly address [the] objections." *Id.* at 437.

Winterer objects to the R&R's recommended resolution of his claim. He contends that he has had a severe brain injury since 2005 and that his incarceration has prevented him from renouncing his citizenship and seeking asylum in Russia. Dkt. 12 at 1. He also asserts that the state of Washington is guilty of bank robbery. *Id.* He seeks release from prison. *Id.*

The Court agrees that Winterer has not and cannot state a plausible claim. The R&R, Dkt. 11, is **ADOPTED**, Winterer's objections are **OVERRULED**, and Winterer's claims are **DISMISSED** without prejudice and without leave to amend.

The Clerk shall close the case.

**IT IS SO ORDERED**.

Dated this 22nd day of April, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3